IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT CHARLES LEWIS, | : |
| Plaintiff, | : : : |
| v. | : Civil Action No. 22-1535-CFC |
| EXONMOBIL CORPORATION, | : : |
| Defendant. | : |

## ORDER

At Wilmington this Seventh day of June in 2023, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS ORDERED that:

1. The Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Amendment is futile.

2. The Clerk of Court is directed to **CLOSE** the case.

*[signature]*
Chief Judge